No. 122, Misc.   ZENGER *v.* SCHWARTZ, JUDGE, ET AL.
C. A. 2d Cir.   Certiorari denied.

No. 128, Misc.   ADAMS *v.* KELLY DRILLING CO., INC.,
ET AL.   C. A. 5th Cir.   Certiorari denied.   *Ernest A.
Carrere, Jr.* for petitioner.   *John W. Sims, Charles Kohl-
meyer, Jr.* and *George B. Matthews* for respondents.

No. 132, Misc.   CASEY *v.* ILLINOIS.   Circuit Court of
Will County, Illinois.   Certiorari denied.

No. 133, Misc.   WESLEY *v.* ILLINOIS.   Supreme Court
of Illinois.   Certiorari denied.

No. 134, Misc.   CAMERON *v.* COCHRAN, CORRECTIONS
DIRECTOR.   Supreme Court of Florida.   Certiorari denied.

No. 135, Misc.   FARNSWORTH *v.* RANDOLPH, WARDEN.
Circuit Court of Randolph County, Illinois.   Certiorari
denied.

No. 141, Misc.   JAMES *v.* UNITED STATES.   C. A. 8th
Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor
General Rankin, Acting Assistant Attorney General
Leonard* and *Morton Hollander* for the United States.

No. 139, Misc.   CARPENTER *v.* CALIFORNIA.   Supreme
Court of California.   Certiorari denied.

No. 140, Misc.   CATALANO *v.* UNITED STATES.   C. A.
2d Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor
General Rankin, Assistant Attorney General Wilkey* and
*Beatrice Rosenberg* for the United States.